**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | |
|---|---|
| **IN RE**: | } CASE NUMBER 15-10680-WHD |
| | } |
| Tywanda Faye Smart | } CHAPTER 13 |
| | } |
| **DEBTOR** | } |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Saedi Law Group, LLC, has filed a Motion to Withdraw as counsel and related papers with the Court.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion to Withdraw in Courtroom Newnan, United States Courthouse, 18 Greenville Street, 2nd floor, Newnan, GA 30263 at 9:20 am on May 24, 2018.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (if you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including 2 addresses) you served the response. Mail or deliver your response so that it is received by the Clerk's Office is: Clerk, U.S. Bankruptcy Court, 18 Greenville Street, 2nd Floor, Newnan, GA 30263. You must also mail a copy of your responses to the undersigned at the address stated below.

Dated: Tuesday, April 24, 2018

Saedi Law Group, LLC
_____/s/_____
Lorena L. Saedi 622072, Attorney for Debtor
3006 Clairmont Road
Suite 103
Atlanta, Georgia 30329
Phone: (404) 889-8663
Fax: (888) 850-1774
Lsaedi@SaediLawGroup.com

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

| | |
|---|---|
| **IN RE**: | } CASE NUMBER 15-10680-WHD |
| | } |
| Tywanda Faye Smart | } CHAPTER 13 |
| | } |
| **DEBTOR** | } |

## MOTION TO WITHDRAW AS ATTORNEY

COMES NOW, Saedi Law Group, LLC, Debtor's attorney, and requests that this Honorable Court enter an Order allowing Saedi Law Group, LLC to withdraw as counsel herein and shows the Court as follows:

1.

Debtor's case was filed on March 29, 2015.

2.

Debtor has disregarded counsel legal advice and proceeded to file additional legal documents on her own. Debtor's counsel reviewed all legal options with debtor that were available in regards to the lift of stay which (Doc.50) on debtor's real property located at 190 Heritage Farm Lane, Fayetteville, GA 30215. Debtor disregarded counsel and intentionally filed a pro se Chapter 13 case (18-10374-WHD) knowing that her current Chapter 13 case was still active.

3.

The undersigned, in accordance with the provisions of BLR 9015-5(b)(1), has given notice to Debtor (**See Exhibit A**).

WHEREFORE Debtor prays that the Court will consider this motion and issue an Order permitting the withdrawl of Saed Law Group, LLC, as counsel for the Debtor.

Respectfully submitted,

Dated: Tuesday, April 24, 2018

Saedi Law Group, LLC

_____/s/_____

Lorena L. Saedi 622072, Attorney for Debtor
3006 Clairmont Road
Suite 103
Atlanta, Georgia 30329
Phone: (404) 889-8663
Fax: (888) 850-1774
Lsaedi@SaediLawGroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | |
|---|---|
| **IN RE**: } | CASE NUMBER 15-10680-WHD |
| } | |
| Tywanda Faye Smart } | CHAPTER 13 |
| } | |
| **DEBTOR** } | |

## CERTIFICATE OF SERVICE

The undersigned hereby swears or affirms that a copy of the Motion to Withdraw has been mailed to the following with sufficient postage affixed thereto to ensure delivery by first-class United States mail or by electronic means pursuant to Fed. R. Civ. P.(b)(2)(D) and Fed. R. Bankr. P. 9022:

Melissa J. Davey
Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303

Tywanda Faye Smart
190 Heritage Farm Lane
Fayetteville, GA 30215

Dated: Tuesday, April 24, 2018

Saedi Law Group, LLC

_____/s/_____
Lorena L. Saedi 622072, Attorney for Debtor
3006 Clairmont Road
Suite 103
Atlanta, Georgia 30329
Phone: (404) 889-8663
Fax: (888) 850-1774
Lsaedi@SaediLawGroup.com

# EXHIBIT A



April 14, 2018

Tywanda Faye Smart
190 Heritage Farm Lane
Fayetteville, GA 30215

RE: Motion to Withdraw as Counsel

Dear Ms. Smart:

  This letter is to notify you that Saedi Law Group, LLC. wishes to withdraw as attorneys of record in your pending Chapter 13 bankruptcy (Case Number 15-10680).  Although our office had extensively reviewed your case with you in regards to your mortgage issues, you filed a Chapter 13 bankruptcy while still in your current case without notifying our office.  Our firm will not be responsible for the legal ramifications of your unsanctioned actions  We intend to file a motion to withdraw promptly.  The Bankruptcy Court will retain jurisdiction in the matter.  The address of the Bankruptcy Clerk's Office is:  Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta Georgia, 30303, and the telephone number for the clerk is 404-215-1000.

  Pursuant to BLR 9010-5, once the withdrawal is permitted by the Court, you will have the obligation to promptly file with the Bankruptcy Court, and mail to all adverse parties of their counsel, a written statement showing (a) the names of the parties and the number of each case, adversary proceeding, or contested matter in which you are a party and (b) your current telephone number and mailing address.  The statement must be amended promptly if your telephone number or mailing address ever changes.  You will also have the obligation to respond to any discovery or motions, to take other actions as are appropriate or required and to prepare for an trial or hearing that may be scheduled in any matter, or to hire other counsel to do so.  Your failure or refusal to meet these obligations may result in adverse consequences.  Service of notice, pleadings and other papers will be mailed to you at the following last known address:  190 Heritage Farm Lane, Fayetteville GA 30215.

You have fourteen days from the date you receive this letter to contact Saedi Law Group and state any objection to our withdrawal.

Sincerely,

*Lorena Saedi*

Lorena L. Saedi 622072

3006 CLAIRMONT ROAD, ATLANTA GEORGIA 30329
WWW.SAEDILAWGROUP.COM
404-889-8663 (PHONE)  888-850-1774 (FAX)